**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 3 1 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **MICHAEL CLUBFOOT,** ) <br> **CARLYN CALAVAZA,** and ) <br> **ALEXIS MAHOOTY,** ) <br> ) <br> Defendants. ) | CRIMINAL NO. 24-1028 JB <br><br> Count 1: 18 U.S.C. §§ 1153 and 1201: Kidnapping; 18 U.S.C. § 2: Aiding and Abetting; <br><br> Count 2: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; <br><br> Count 3: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury; 18 U.S.C. § 2: Aiding and Abetting; <br><br> Count 4: 18 U.S.C. § 924(c)(1)(A)(iii): Using and Carrying a Firearm During and in Relation to a Crime of Violence, and Possessing a Firearm in Furtherance of Such Crime; Discharging Said Firearm; <br><br> Count 5: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

<u>Count 1</u>

On or about May 18, 2024, Indian Country, in McKinley County, in the District of New Mexico, the defendants, **MICHAEL CLUBFOOT, CARLYN CALAVAZA** and **ALEXIS MAHOOTY**, all Indians, unlawfully kidnapped, abducted, seized, and confined Jane Doe and held her for ransom, reward, and otherwise.

In violation of 18 U.S.C. §§ 1153 and 1201, and 2.

## Count 2

On or about May 18, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **MICHAEL CLUBFOOT**, an Indian, assaulted Jane Doe with a dangerous weapon, specifically, a handgun, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## Count 3

On or about May 18, 2024, in Indian Country, in McKinley County, in the District of New Mexico, the defendants, **MICHAEL CLUBFOOT** and **ALEXIS MAHOOTY**, both Indians, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6), and 2.

## Count 4

On or about May 18, 2024, in McKinley County, in the District of New Mexico, the defendant, **MICHAEL CLUBFOOT**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, assault with a dangerous weapon as charged in Count 2 of this indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## Count 5

On or about May 18, 2024, in McKinley County, in the District of New Mexico, the defendant, **MICHAEL CLUBFOOT**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) possession of a controlled substance with intent to distribute,

(2) aggravated assault,

(3) violation of a protective order, and

(4) violation of a jail release court order,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 18 U.S.C. § 922(g) or 924(c), the defendant, **MICHAEL CLUBFOOT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Browning Hi Power 9mm handgun, bearing serial number 245NX50883; and

b. assorted rounds of 9mm and shotgun ammunition seized from the premises of #39A Pia Mesa Road, Zuni, New Mexico, on or about May 19, 2024.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney